```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
PENDA RACHIDA KONDE,                            :
                                                :
                        Plaintiff,              :        23 Civ. 4265 (JPC)
                                                :
        -v-                                     :        ORDER
                                                :
SUSAN RAUFER,                                   :
                                                :
                        Defendants              :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendant's letter-motion requesting a briefing schedule for her anticipated motion to dismiss, Dkt. 8, and Plaintiff's letter in opposition, Dkt. 10. Upon reviewing the parties' letters, the Court finds that Defendant may proceed in filing her motion to dismiss. Defendant's motion papers are due by September 5, 2023. Plaintiff's opposition papers are due by September 26, 2023. Defendant's reply papers, if any, are due October 3, 2023.

      SO ORDERED.

Dated: August 1, 2023  
       New York, New York

                                                  JOHN P. CRONAN  
                                                  United States District Judge