**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
PENDA RACHIDA KONDE,

                        Plaintiff,

    -against-                                                      23 **CIVIL** 4265 (JPC)

                                                                             **<u>JUDGMENT</u>**

SUSAN RAUFER, in her official capacity as
Director of Newark Asylum Office, United States
Citizenship and Immigration Services,,

                        Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 16, 2024, the Court grants Defendant's motion to dismiss and dismisses without prejudice Plaintiff's Complaint in its entirety. As discussed, the dismissal of Plaintiff's APA claim is without prejudice to renewal should Plaintiff's application remain pending to an unreasonable degree. Accordingly, the case is closed.

**Dated:** New York, New York

     May 16, 2024

                                                                          **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                            **BY:**

                                                                           **Deputy Clerk**